```
                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF ALABAMA
                              SOUTHERN DIVISION
```

**WILLIAM HERBERT VILLAR,** :
:
    Petitioner, :
:
vs. : CIVIL ACTION NO. 11-00055-WS-B
:
**TONY PATTERSON,** :
:
    Respondent. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** as successive pursuant to 28 U.S.C. § 2244(b)(3)(A). The court further finds that Petitioner is not entitled to a certificate of appealability.

    **DONE** this 20th day of September, 2012.


                                                          **s/WILLIAM H. STEELE**
                                                          **CHIEF UNITED STATES DISTRICT JUDGE**