```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

**WILLIAM HERBERT VILLAR,**          :
    **Petitioner,**              :
vs.                                   : CIVIL ACTION NO. 11-00055-WS-B
**TONY PATTERSON,**                   :
    **Respondent.**              :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice as successive pursuant to 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 20th of September, 2012.

                                    **s/WILLIAM H. STEELE**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**